### UNITED STATES of America, Appellee,

v.

### Lamar Decarlo RODRIGUEZ, Appellant.

### No. 07–1720.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 20, 2007.

Filed: Dec. 21, 2007.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Lamar Rodriguez appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, and possessing a firearm during and in relation to

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). His counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

We enforce the appeal waiver contained in Rodriguez's written plea agreement. The record indicates that Rodriguez entered into the agreement and the waiver knowingly and voluntarily; and we conclude that this appeal falls within the scope of the waiver, and that enforcing the waiver will not result in a miscarriage of justice. *See United States v. Andis,* 333 F.3d 886, 890–92 (8th Cir.2003) (en banc); *United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam).

Reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues beyond the scope of the waiver.

Accordingly, we dismiss the appeal, and we grant counsel's motion to withdraw.